# Case No. 24-2170

# In the
# United States Court of Appeals
# for the Seventh Circuit

| | |
|---|---|
| **PEANUTS WORLDWIDE LLC,** | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| Appellee-Plaintiff, | |
| *~ against ~* | No. 1:23-cv-2965 |
| **ELECTRICIAN GUY,** | |
| Appellant-Defendant | The Honorable Rebecca R. Pallmeyer, District Judge Presiding. |

### APPELLANT-DEFENDANT'S CERTIFICATE
### THAT NO TRANSCRIPT WILL BE ORDERED

Pursuant to Federal Rule of Appellate Procedure 10(b)(B), the Appellant-Defendant, Electrician Guy, hereby respectfully certifies that no transcript will be ordered for the instant appeal. No transcript will be ordered because no oral argument was heard on the Motion at issue in this appeal and the District Court docket shows no indication that oral argument was held in this matter.

A Seventh Circuit Transcript Information Sheet is attached reflecting that no transcript will be ordered is attached.

DATED:    **July 10, 2024**

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
Attorney for Appellant-Defendant Electrician Guy
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

| SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET |
|---|

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Peanuts Worldwide LLC v. Electrician Guy | Northern Cistrict of | 24-2170 |
| | District Judge | Court Reporter |
| | Rebecca R. Pallmeyer | not applicable - no hearings |

[ ] I am ordering transcript.
[✔] I am not ordering transcript because: There were no oral proceedings before the Court
[ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:                    Date(s)

[ ] Pretrial proceedings. Specify: _____
[ ] Voir Dire

Trial or Hearing. Specify: _____

[ ] Opening statement
[ ] Instruction conference
[ ] Closing statements
[ ] Court instructions
[ ] Post-trial proceedings. Specify: _____
[ ] Sentencing
[ ] Other proceedings. Specify: _____

Method of Payment: [ ] Cash   [ ] Check or Money Order   [ ] C.J.A. Voucher
Status of Payment: [ ] Full Payment   [ ] Partial Payment   [✔] No Payment Yet

Signature: s/ Baruch Gottesman          Telephone No. (212) 401-6910
Address: Gottesman Legal PLLC
11 Broadway, Suite 615 / New York, NY 10004          Date: July 10, 2024

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made*.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: s/          Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: ● U.S.C.A. Clerk ● Service Copy ● District Court Clerk and to ● Party / Counsel Ordering Transcript

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on:

**Rachel S. Miller, Esq.**
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
Phone: (312) 374-8677
*Counsel for Appellee- Plaintiff*