# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33

August 1, 2024

*By the Court*:

| | |
|---|---|
| No. 24-2170 | PEANUTS WORLDWIDE LLC,<br>Plaintiff - Appellee<br><br>v.<br><br>ELECTRICIAN GUY,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-02965<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

Pursuant to Circuit Rule 33, all proceedings in this appeal are **STAYED** pending further court order.

Counsel for the **Appellant and Appellee** are directed to make a telephonic or electronic mail Status Report to the Circuit Mediation Office on **August 30, 2024**. This requirement may be satisfied by filing a motion under Fed. R. App. P. 42(b) to dismiss the appeal.

form name: **c7_Order_CR33**   (form ID: **186**)