# United States Court of Appeals

For the Seventh Circuit
Chicago, IL 60604

No. 24-2170

PEANUTS WORLDWIDE LLC,
    Plaintiff - Appellee,

v.

ELECTRICIAN GUY,
    Defendant - Appellant.

Appeal from the United
States District Court for
the Northern District of Illinois,
Eastern Division.

No. 1:23-cv-02965

Rebecca R. Pallmeyer,
    *District Judge.*

## AGREED MOTION FOR VOLUNTARY DISMISSAL

    In accordance with discussions held under Federal Rule of Appellate Procedure 33 and with the consent of the Plaintiff-Appellee Peanuts Worldwide LLC, the Defendant-Appellant Electrician Guy, moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear their own costs.

_____
Baruch S. Gottesman
Gottesman Legal PLLC
11 Broadway, Suite 615
New York, NY 10004
Tel.: (212) 401-6910
Fax: (212) 859-7307
baruch.gottesman@gmail.com

*Attorney for Defendant-Appellant
Electrician Guy*

08/27/2024
Date